IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P., a minor by and through his guardian ad litem BRENT PROVINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOWE'S COMPANIES, INC.,<br><br>　　　　　Defendant.<br>_____ | 2:11-cv-01985-GEB-CKD<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

　　　　Plaintiff filed a "Notice of Settlement of Entire Matter" on January 19, 2012, in which he states: "this matter settled in its entirety as to the complaint of Plaintiff against Lowe's Companies and as to the cross-complaint of Lowe's against defendant, Brent Provins. This settlement is pending approval of the settlement through a minor's compromise petition." (ECF No. 15.)

　　　　The referenced motion for approval of the parties' proposed settlement shall be filed no later than February 24, 2012, and noticed for hearing on the Court's earliest available law and motion date.

　　　　IT IS SO ORDERED.

Dated:  January 23, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge