IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

M.P., a minor by and through his         )
guardian ad litem BRENT PROVINS,         )    2:11-cv-01985-GEB-CKD
                                         )
            Plaintiff,                   )
                                         )    ORDER
      v.                                 )
                                         )
LOWE'S COMPANIES, INC.,                  )
                                         )
            Defendant.                   )
_____)

On February 24, 2012, Defendant's counsel emailed a Request to Seal Documents Relating to the Petition to Approve Compromise of Disputed Claim of Minor and all Related Records with a proposed order concerning the sealing request to my chambers' proposed orders email box. However, no Notice of Request to Seal Documents was filed on the public docket as required by Local Rule 141. Further, the documents sought to be sealed were not submitted for review as required by the Local Rule. Therefore, Defendant's sealing request will not be considered.

Dated: February 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1