IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P., a minor by and through his guardian ad litem BRENT PROVINS,<br><br>        Plaintiff,<br><br>  v.<br><br>LOWE'S COMPANIES, INC.,<br><br>        Defendant. | 2:11-cv-01985-GEB-CKD<br><br>ORDER* |

      Plaintiff's April 19, 2012, Unopposed Application for Approval of Minor's Settlement ("Application") under Federal Rule of Civil Procedure 17(c)(2) and Local Rule 202 is granted. The proposed settlement in the gross amount of $50,000 is approved, to be distributed as set forth in the Application.

      Further, Defendant's Request to Seal Documents Relating to the Application and All Related Records filed on April 11, 2012 (ECF No. 18), need not be decided in light of a party's April 12, 2012, public filing of the underlying Application.

Dated:  April 13, 2012

                                                                       
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

---

     *    This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1